IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 15-cr-00029-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ISHMAEL PETTY,

    Defendant.
_____

**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

    This matter has been scheduled for a seven-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **April 27, 2015 at 8:00 a.m.**  The Court typically does not hold trial on Fridays.  It is

    ORDERED that all pretrial motions shall be filed by **March 20, 2015** and responses to these motions shall be filed by **March 27, 2015.**  It is further

    ORDERED that expert witness disclosures pursuant to Fed. R. Crim. P. 16 shall be made no later than seven days before the deadline for filing pretrial motions and any challenges to such experts shall be made by the pretrial motion filing deadline.  It is further

    ORDERED that disclosures regarding rebuttal expert witnesses shall be made one week after the deadline for filing pretrial motions and any challenges to such

experts shall be made no later than two weeks after the pretrial motions deadline.  It is further

ORDERED that a Trial Preparation Conference is set for **April 23, 2015 at 10:00 a.m.** in Courtroom A701.  Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1) jury selection;

2) sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED February 25, 2015.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge