IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 15-cr-00029-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISHMAEL PETTY,

    Defendant.

  ORIGINAL

---

### VERDICT FORM

---

### COUNT ONE

1.    We, the jury, upon our oaths, unanimously find the defendant, ISHMAEL PETTY, in Count One of the indictment:

    \_\_\_\_ Not Guilty

    ✓ Guilty

### COUNT TWO

2.    We, the jury, upon our oaths, unanimously find the defendant, ISHMAEL PETTY, in Count Two of the indictment:

    \_\_\_\_ Not Guilty

    ✓ Guilty

**COUNT THREE**

3.   We, the jury, upon our oaths, unanimously find the defendant, ISHMAEL PETTY, in Count Three of the indictment:

\_\_\_\_ Not Guilty

\_✓\_ Guilty

DATED July 14, 2015